**Bertha Richmond RAWLINGS**

v.

**E. C. PORTER, Etc., et al.**

Court of Appeals of Kentucky.

Feb. 6, 1959.

Cleon K. Calvert, Pineville, for appellant.

Calvert C. Little, William J. Weaver, London, for appellee.

PER CURIAM.

This appeal involves the validity of an attachment obtained by the appellees against property of the nonresident husband of the appellant. We find the attachment proceedings adequately conform to the statutory requirements.

The judgment is affirmed.